

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2019

No. 04-18-00472-CR

Susan **DONNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-09-238-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

The State's Motion to Extend Time to File State's Brief is hereby GRANTED. Time is extended to May 24, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court